**Order entered November 21, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01265-CR

**J. C. KEETON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 86th Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 15175**

## ORDER

Before the Court are appellant's November 19, 2018 motion for access to the appellate record and motion for appointment of counsel. In an opinion dated November 16, 2018, we dismissed this appeal for want of jurisdiction.

In light of this, we **DENY** appellant's motions as moot.

/s/    BILL WHITEHILL
         JUSTICE